# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOEL J. KIEFER, SR., <br><br> Plaintiff, <br><br> v. <br><br> PRINCIPAL LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 17-CV-1715-JPS <br><br><br><br> **ORDER** |

On March 6, 2018, the parties filed a joint stipulation of dismissal of this action without prejudice, with each party to bear its own costs and attorney's fees. (Docket #11). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #11) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice**, each party to bear its own costs and attorney's fees.

Dated at Milwaukee, Wisconsin, this 6th day of March, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge